No. 865. HAMBURG-AMERICAN LINE *v.* ELTING, COLLECTOR OF CUSTOMS. May 20, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Roger O'Donnell, Lambert O'Donnell,* and *William J. Peters* for petitioner. *Solicitor General Reed, Assistant Attorney General Sweeney,* and *Messrs. Paul A. Sweeney* and *C. Keefe Hurley* for respondent.

No. 873. PURITY INVESTMENT CO. *v.* MCLAUGHLIN, COLLECTOR OF INTERNAL REVENUE. May 20, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Charles C. Sullivan* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Alexander F. Prescott, Jr.,* for respondent.

No. 881. ISAACS, TRUSTEE, *v.* HOBBS TIE & TIMBER CO. May 20, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William R. Watkins* for petitioner. *Messrs. John R. Duty, W. N. Ivie,* and *Claude Duty* for respondent.

No. 890. DANIEL ET AL. *v.* LAYTON ET AL. May 20, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. W. S. Oppenheim* for petitioners. *Messrs. Lewis C. Jesseph* and *Fred P. Carr* for respondents.